In the Matter of the Accounting of JAMES HULL, as Executor of MARY E. HULL, Deceased, Appellant.

HELEN M. WILLIAMS, Respondent.

*Matter of Hull*, 112 App. Div. 906, affirmed.
(Argued November 13, 1906; decided November 27, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 13, 1906, which affirmed a decree of the Fulton County Surrogate's Court settling the accounts of James Hull, as executor of the estate of Mary E. Hull, deceased.

*H. D. Wright* for appellant.

*Frank Talbot* for respondent.

Order affirmed, with costs; no opinion.
Concur: HAIGHT, VANN, WERNER and HISCOCK, JJ. Dissenting: CULLEN, Ch. J., and GRAY, J. Not sitting: WILLARD BARTLETT, J.